KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

E-FILED: 11/25/24

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

IN RE:
**NATHANIEL JUSTICE II**
**ANNA LAZETTE JUSTICE**

**Case No: -24-13237-ABL**

**Debtors**

## CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that Conduit claims by Trustee will be paid pursuant to the confirmed Chapter 13 plan and, as such, the claim information will not be listed below.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the

Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before December 25, 2024. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon available funds and all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **United States Bankruptcy Court** 300 Las Vegas Blvd., South Las Vegas, NV 89101 | $0.00 AT 0.00% INT | UNSECURED BY MATRIX NOT FILED APPROXIMATELY 0.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00001 / COURT CLAIM #** | |
| **ACIMA** 9815 S. MONROE STREET, 4TH FLOOR SANDY, UT 84070 | $1,750.00 AT 9.50% INT | PLAN PROVISION/NO CLAIM FILED EXACTLY 100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00002 / COURT CLAIM #** | |
| **AFFIRM, INC.** ATTN: BANKRUPTCY 650 CALIFORNIA ST, FL 12 SAN FRANCISCO, CA 94108 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXKBSW |
| | | **TRUSTEE CLAIM# 00003 / COURT CLAIM #** | |
| **BERLIN-WHEELER, INC.** ATTN: BANKRUPTCY 2942A SW WANAMAKER DRIVE SUITE 200 TOPEKA, KS 66614 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXXX1478 |
| | | **TRUSTEE CLAIM# 00004 / COURT CLAIM #** | |
| **BRIDGECREST ACCEPTANCE CORPORATION** BY AIS PORTFOLIO SERVICES LP AS AGENT PO BOX 4138 HOUSTON, TX 77210 | $18,426.91 AT 9.50% INT | SECURED-VEHICLE EXACTLY 100.00% TO BE PAID | 6801 |
| | | **TRUSTEE CLAIM# 00005 / COURT CLAIM # 9** | |
| **BRIDGECREST ACCEPTANCE CORP** 7300 EAST HAMPTON AVENUE SUITE 100 MESA, AZ 85209 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX8301 |
| | | **TRUSTEE CLAIM# 00006 / COURT CLAIM #** | |
| **CAINE & WEINER** ATTN: BANKRUPTCY 5805 SEPULVEDA BLVD 4TH FLOOR SHERMAN OAKS, CA 91411 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXX2917 |
| | | **TRUSTEE CLAIM# 00007 / COURT CLAIM #** | |
| **CAINE & WEINER** ATTN: BANKRUPTCY 5805 SEPULVEDA BLVD 4TH FLOOR SHERMAN OAKS, CA 91411 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXX8999 |
| | | **TRUSTEE CLAIM# 00008 / COURT CLAIM #** | |
| **CAPITAL ONE** ATTN: BANKRUPTCY PO BOX 30285 SALT LAKE CITY, UT 84130 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX0007 |
| | | **TRUSTEE CLAIM# 00009 / COURT CLAIM #** | |
| **CAPITAL ONE** ATTN: BANKRUPTCY PO BOX 30285 SALT LAKE CITY, UT 84130 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX5876 |
| | | **TRUSTEE CLAIM# 00010 / COURT CLAIM #** | |
| **CHIME/STRIDE BANK** ATTN: BANKRUPTCY PO BOX 417 SAN FRANCISCO, CA 94104 | $0.00 AT 0.00% INT | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX2919 |
| | | **TRUSTEE CLAIM# 00011 / COURT CLAIM #** | |

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE                    BKS-24-13237-ABL

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **CLARK COUNTY COLLECTION SERVICE**<br>8860 WEST SUNSET ROAD<br>SUITE 100<br>LAS VEGAS, NV 89148 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXX4500 |
| | | **TRUSTEE CLAIM# 00012 / COURT CLAIM #** | |
| **CLARK COUNTY COLLECTION SERVICE**<br>8860 WEST SUNSET ROAD<br>SUITE 100<br>LAS VEGAS, NV 89148 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXX6442 |
| | | **TRUSTEE CLAIM# 00013 / COURT CLAIM #** | |
| **CLARK COUNTY COLLECTION SERVICE**<br>8860 WEST SUNSET ROAD<br>SUITE 100<br>LAS VEGAS, NV 89148 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXX9406 |
| | | **TRUSTEE CLAIM# 00014 / COURT CLAIM #** | |
| **CONSUMER PORTFOLIO SERVICES**<br>PO BOX 57071<br>IRVINE, CA 92619 | $13,488.85<br>AT 9.50% INT | SECURED-VEHICLE<br>EXACTLY 100.00% TO BE PAID | 3952 |
| | | **TRUSTEE CLAIM# 00015 / COURT CLAIM # 10** | |
| **QUANTUM3 GROUP LLC**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | $535.24<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID | 3602 |
| | | **TRUSTEE CLAIM# 00016 / COURT CLAIM # 11** | |
| **CONTINENTAL FINANCE COMPANY**<br>ATTN: BANKRUPTCY<br>4550 NEW LINDEN HILL RD<br>WILMINGTON, DE 19808 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX7648 |
| | | **TRUSTEE CLAIM# 00017 / COURT CLAIM #** | |
| **RESURGENT CAPITAL SERVICES**<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | $278.48<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID | 3068 |
| | | **TRUSTEE CLAIM# 00018 / COURT CLAIM # 24** | |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | $929.26<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID | 6695 |
| | | **TRUSTEE CLAIM# 00019 / COURT CLAIM # 19** | |
| **DEPT. OF EMPLOYMENT, TRAINING & REHAB**<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>CArson City, NV 89713 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00020 / COURT CLAIM #** | |
| **DOLLAR LOAN CENTER**<br>C/O COMPLIANCE<br>8860 W SUNSET ROAD<br>LAS VEGAS, NV 89148 | $212.06<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID | 2254 |
| | | **TRUSTEE CLAIM# 00021 / COURT CLAIM # 1** | |

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE                              BKS-24-13237-ABL

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | $403.94 | UNSECURED | 1798 |
| PO BOX 2037 | AT 0.00% INT | | |
| WARREN, MI  48090 | | APPROXIMATELY  100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00022 / COURT CLAIM # 20** | |
| **QUANTUM3 GROUP LLC** | $914.44 | UNSECURED | 1638 |
| PO BOX 2489 | AT 0.00% INT | | |
| KIRKLAND, WA  98083-2489 | | APPROXIMATELY  100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00023 / COURT CLAIM # 12** | |
| **GOLD ACCEPTANCE** | $6,298.20 | UNSECURED | 8886 |
| P.O. BOX 1889 | AT 0.00% INT | | |
| ORANGE, CA  92856 | | APPROXIMATELY  100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00024 / COURT CLAIM # 18** | |
| **UNITED STATES TREASURY** | $12,830.06 | IRS PRTY | XXXXXXXXXXXX2023 |
| SPECIAL PROCEDURES | AT 0.00% INT | | |
| P O BOX 7317 | | EXACTLY 100.00% TO BE PAID | |
| PHILADELPHIA, PA  19101-7317 | | **TRUSTEE CLAIM# 00025 / COURT CLAIM # 5 - 3** | |
| **UNITED STATES TREASURY** | $104,436.05 | UNSECURED | XXXXXXXXXXXXXX |
| SPECIAL PROCEDURES | AT 0.00% INT | | XXXXXXXXXPENS |
| P O BOX 7317 | | APPROXIMATELY  100.00% TO BE PAID | |
| PHILADELPHIA, PA  19101-7317 | | **TRUSTEE CLAIM# 00026 / COURT CLAIM # 5-3** | |
| **JEFFERSON CAPITAL SYSTEMS, LLC** | $0.00 | UNSECURED | XXXXXXXXX9003 |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| 200 14TH AVE E | | APPROXIMATELY  0.00% TO BE PAID | |
| SARTELL, MN  56377 | | **TRUSTEE CLAIM# 00027 / COURT CLAIM #** | |
| **KIKOFF** | $0.00 | UNSECURED | XXXXJZTW |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| 75 BROADWAY  SUITE 226 | | APPROXIMATELY  0.00% TO BE PAID | |
| SAN FRANCISCO, CA  94111 | | **TRUSTEE CLAIM# 00028 / COURT CLAIM #** | |
| **KIKOFF** | $0.00 | UNSECURED | XXXXXXRYK4 |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| 75 BROADWAY  SUITE 226 | | APPROXIMATELY  0.00% TO BE PAID | |
| SAN FRANCISCO, CA  94111 | | **TRUSTEE CLAIM# 00029 / COURT CLAIM #** | |
| **KIKOFF LENDING LLC** | $0.00 | UNSECURED | XXXXXXALGL |
| 75 BROADWAY | AT 0.00% INT | NOT FILED | |
| SUITE 226 | | APPROXIMATELY  0.00% TO BE PAID | |
| SAN FRANCISCO, CA  94111 | | **TRUSTEE CLAIM# 00030 / COURT CLAIM #** | |
| **KOALAFI** | $0.00 | UNSECURED | XXXXX27X2 |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| PO BOX 5518 | | APPROXIMATELY  0.00% TO BE PAID | |
| GLEN ALLEN, VA  23058 | | **TRUSTEE CLAIM# 00031 / COURT CLAIM #** | |

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE                                    BKS-24-13237-ABL

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **KOVO INC**<br>ATTN: BANKRUPTCY<br>9450 SW GEMINI DR, SUITE 87907<br>BEAVERTON, OR  97008 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXX6CD7 |
| | | **TRUSTEE CLAIM# 00032 / COURT CLAIM #** | |
| **RESURGENT CAPITAL SERVICES**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | **$1,174.88**<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 5190 |
| | | **TRUSTEE CLAIM# 00033 / COURT CLAIM # 23** | |
| **RESURGENT CAPITAL SERVICES**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | **$628.94**<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 5904 |
| | | **TRUSTEE CLAIM# 00034 / COURT CLAIM # 8** | |
| **RESURGENT CAPITAL SERVICES**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | **$626.64**<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 9571 |
| | | **TRUSTEE CLAIM# 00035 / COURT CLAIM # 7** | |
| **MEDICARE**<br>PO BOX 138832<br>OKLAHOMA CITY, OK  73113-8832 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00036 / COURT CLAIM #** | |
| **NATIONAL CREDIT ADJUSTERS, LLC**<br>Attn: Bankruptcy Department<br>PO Box 3023<br>Hutchinson, KS  67504 | **$385.00**<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 8448 |
| | | **TRUSTEE CLAIM# 00037 / COURT CLAIM # 22** | |
| **NATIONAL CREDIT ADJUSTERS, LLC**<br>Attn: Bankruptcy Department<br>PO Box 3023<br>Hutchinson, KS  67504 | **$406.32**<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 1792 |
| | | **TRUSTEE CLAIM# 00038 / COURT CLAIM # 21** | |
| **NEVADA DEPT. OF TAXATIONS,**<br>**BANKRUPTCY**<br>555 E WASHINGTON AVE, #1300<br>LAS VEGAS, NV  89101 | **$0.00**<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00039 / COURT CLAIM #** | |
| **ONEUNITED BANK**<br>ATTN: BANKRUPTCY<br>3683 CRENSHAW BLVD<br>LOS ANGELES, CA  90016 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXX1325 |
| | | **TRUSTEE CLAIM# 00040 / COURT CLAIM #** | |
| **ONEUNITED BANK**<br>ATTN: BANKRUPTCY<br>3683 CRENSHAW BLVD<br>LOS ANGELES, CA  90016 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXX7103 |
| | | **TRUSTEE CLAIM# 00041 / COURT CLAIM #** | |

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE                    BKS-24-13237-ABL

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **ONEUNITED BANK** | $0.00 | UNSECURED | XXXXXXXXXXXX1334 |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| 3683 CRENSHAW BLVD | | APPROXIMATELY  0.00% TO BE PAID | |
| LOS ANGELES, CA  90016 | | **TRUSTEE CLAIM# 00042 / COURT CLAIM #** | |
| **ONEUNITED BANK** | $0.00 | UNSECURED | |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| 3683 CRENSHAW BLVD | | APPROXIMATELY  0.00% TO BE PAID | |
| LOS ANGELES, CA  90016 | | **TRUSTEE CLAIM# 00043 / COURT CLAIM #** | |
| **OPPORTUNITY FINANCIAL LLC** | $2,775.26 | UNSECURED | 2648 |
| 130 E RANDOLPH STREET | AT 0.00% INT | | |
| SUITE 3300 | | APPROXIMATELY  100.00% TO BE PAID | |
| CHICAGO, IL  60601 | | **TRUSTEE CLAIM# 00044 / COURT CLAIM # 25** | |
| **OPPORTUNITY FINANCIAL, LLC** | $0.00 | UNSECURED | XXXXXXX9852 |
| 130 EAST RANDOLPH STREET, STE 3400 | AT 0.00% INT | NOT FILED | |
| SUITE 3400 | | APPROXIMATELY  0.00% TO BE PAID | |
| CHICAGO, IL  60601 | | **TRUSTEE CLAIM# 00045 / COURT CLAIM #** | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | $235.65 | UNSECURED | 6391 |
| | AT 0.00% INT | | |
| POB 12914 | | APPROXIMATELY  100.00% TO BE PAID | |
| NORFOLK, VA  23541 | | **TRUSTEE CLAIM# 00046 / COURT CLAIM # 13** | |
| **PREMIRE AUTO** | $0.00 | SECURED DIRECT | |
| 4565 NEVSO DR | | | |
| LAS VEGAS, NV  89103 | | Paid direct by Debtor | |
| | | **TRUSTEE CLAIM# 00047 / COURT CLAIM #** | |
| **PROG LEASING LLC** | $1,900.00 | PLAN PROVISION/NO CLAIM FILED | |
| 256 WEST DATA DRIVE | AT 5.00% INT | | |
| DRAPER, UT  84020 | | EXACTLY 100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00048 / COURT CLAIM #** | |
| **SOCIAL SECURITY ADMINISTRATION** | $0.00 | UNSECURED | |
| OFF. OF REGIONAL CHIEF | AT 0.00% INT | NOT FILED | |
| COUNSEL-REGION IX | | APPROXIMATELY  0.00% TO BE PAID | |
| 160 SPEAR STREET, SUITE 800 | | **TRUSTEE CLAIM# 00050 / COURT CLAIM #** | |
| SAN FRANCISCO, CA  94105-1545 | | | |
| **STELLAR FINANCIAL** | $0.00 | UNSECURED | XXXXXXXXXXXXXX |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | XXXXXXXXXXX889D |
| 2601 N LAMAR BLVD | | APPROXIMATELY  0.00% TO BE PAID | |
| AUSTIN, TX  78705 | | **TRUSTEE CLAIM# 00051 / COURT CLAIM #** | |
| **SUNRISE CREDIT SERVICES, INC.** | $0.00 | UNSECURED | XXXXXXXX2884 |
| ATTN: BANKRUPTCY | AT 0.00% INT | NOT FILED | |
| 260 AIRPORT PLAZA | | APPROXIMATELY  0.00% TO BE PAID | |
| FARMINGDALE, NY  11735 | | **TRUSTEE CLAIM# 00052 / COURT CLAIM #** | |

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE                                    BKS-24-13237-ABL

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **TSI**<br>ATTN: BANKRUPTCY<br>PO BOX 15130<br>WILMINGTON, DE 19850 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00053 / COURT CLAIM #** | XXXX7997 |
| **TRANSWORLD SYSTEM INC**<br>ATTN: BANKRUPTCY<br>PO BOX 15618<br>WILMINGTON, DE 19850 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00054 / COURT CLAIM #** | XXXX3094 |
| **USAA FEDERAL SAVINGS BANK**<br>ATTN: BANKRUPTCY<br>9800 FREDRICKSBURG RD<br>SAN ANTONIO, TX 78288 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00055 / COURT CLAIM #** | XXXXXXXXXXXX6583 |
| **UNITED STATES TRUSTEE**<br>300 LAS VEGAS BLVD. SOUTH #4300<br>LAS VEGAS, NV 89101 | **$0.00**<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00056 / COURT CLAIM #** | |
| **VELOCITY INVESTMENTS, LLC**<br>ATTN: BANKRUPTCY<br>1800 ROUTE 34N, SUITE 305<br>WALL, NJ 07719 | **$0.00**<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00057 / COURT CLAIM #** | XXXX5877 |
| **RESURGENT CAPITAL SERVICES**<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | **$1,472.39**<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID<br>**TRUSTEE CLAIM# 00058 / COURT CLAIM # 6** | 0001 |
| **ANNA LAZETTE JUSTICE**<br><br>, 00000 | **$0.00**<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00059 / COURT CLAIM #** | |
| **KATHLEEN A. LEAVITT**<br>711 SOUTH 4TH ST SUITE # 101<br>LAS VEGAS, NV 89101 | **$0.00**<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00060 / COURT CLAIM #** | |
| **NATHANIEL JUSTICE II**<br>1009 PAINTED DAISY AVE<br>HENDERSON, NV 89074 | **$0.00**<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00061 / COURT CLAIM #** | |
| **SETH D BALLSTAEDT**<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR<br>FEE LE<br>8751 W CHARLESTON BLVD SUITE 230<br>LAS VEGAS, NV 89117 | **$0.00**<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00062 / COURT CLAIM #** | |

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE                    BKS-24-13237-ABL

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **DOLLAR LOAN CENTER** | **$182.95** | UNSECURED | 7282 |
| C/O COMPLIANCE | AT 0.00% INT | | |
| 8860 W SUNSET ROAD | | APPROXIMATELY  100.00% TO BE PAID | |
| LAS VEGAS, NV  89148 | **TRUSTEE CLAIM# 00066 / COURT CLAIM # 2** | | |
| **US DEPARTMENT OF EDUCATION** | **$4,199.63** | UNSECURED | 8886 |
| NATIONAL PAYMENT CENTER | AT 0.00% INT | | |
| PO BOX 790336 | | APPROXIMATELY  100.00% TO BE PAID | |
| SAINT LOUIS, MO  63179-0336 | **TRUSTEE CLAIM# 00067 / COURT CLAIM # 3** | | |
| **DOLLAR LOAN CENTER** | **$182.95** | UNSECURED | 8886 |
| C/O COMPLIANCE | AT 0.00% INT | | |
| 8860 W SUNSET ROAD | | APPROXIMATELY  100.00% TO BE PAID | |
| LAS VEGAS, NV  89148 | **TRUSTEE CLAIM# 00068 / COURT CLAIM # 4** | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | **$88.42** | UNSECURED | 0001 |
| PO BOX 772813 | AT 0.00% INT | | |
| CHICAGO, IL  60677-2813 | | APPROXIMATELY  100.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00069 / COURT CLAIM # 14** | | |
| **PAYMENT PROCESSING CENTER** | **$921.26** | UNSECURED | 6244 |
| PO BOX 660618 | AT 0.00% INT | | |
| DALLAS, TX  75266-0618 | | APPROXIMATELY  100.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00070 / COURT CLAIM # 15** | | |
| **VERIZON BY AMERICAN INFOSOURCE** | **$1,314.43** | UNSECURED | 0001 |
| **AS AGENT** | AT 0.00% INT | | |
| PO BOX 4457 | | APPROXIMATELY  100.00% TO BE PAID | |
| HOUSTON, TX  77210-4457 | **TRUSTEE CLAIM# 00071 / COURT CLAIM # 16** | | |
| **VERIZON BY AMERICAN INFOSOURCE** | **$2,088.34** | UNSECURED | 0001 |
| **AS AGENT** | AT 0.00% INT | | |
| PO BOX 4457 | | APPROXIMATELY  100.00% TO BE PAID | |
| HOUSTON, TX  77210-4457 | **TRUSTEE CLAIM# 00072 / COURT CLAIM # 17** | | |

/s/Esther Carr

for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

Kathleen A. Leavitt
Chapter 13 Trustee
711 S 4th Street, Suite 101
Las Vegas NV, 89101
(702) 853-0700

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

## CERTIFICATE OF SERVICE

**IN RE:**
NATHANIEL JUSTICE II
ANNA LAZETTE JUSTICE
                                    **Debtor (s)**

**CASE NO: 24-13237-ABL**
**Chapter 13**

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy

Trustee; that I am over the age of 18 years; and that on November 25, 2024, I provided a copy of the

Notice of Filed Claims, Classification and Proposed Distribution to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

See EXHIBIT A for mailing matrix

**[X] b.ECF System:**

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE - EXHIBIT A - Mailing Matrix

ACIMA 9815 S. MONROE STREET, 4TH FLOOR SANDY UT 84070

AFFIRM, INC. ATTN: BANKRUPTCY 650 CALIFORNIA ST, FL 12 SAN FRANCISCO CA 94108

AIS PORTFOLIO SERVICES LLC ATTN BRIDGECREST CREDIT COMPANY LLC AS AGENT AND SERVICER FOR CARVANA LLC DEPARTMENT 4515 N SANTA DE AVE DEPT APS OKLAHOMA CITY OK 73118

AIS PORTFOLIO SERVICES LLC ATTN: ALLY BANK DEPARTMENT 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY OK 73118

BALLSTAEDT LAW FIRM LLC DBA FAIR FEE LEGAL SERVICES 8751 W CHARLESTON BLVD SUITE 230 LAS VEGAS NV 89117

BERLIN-WHEELER, INC. ATTN: BANKRUPTCY 2942A SW WANAMAKER DRIVE SUITE 200 TOPEKA KS 66614

BRIDGECREST ACCEPTANCE CORP 7300 EAST HAMPTON AVENUE SUITE 100 MESA AZ 85209

BRIDGECREST ACCEPTANCE CORPORATION BY AIS PORTFOLIO SERVICES LP AS AGENT PO BOX 4138 HOUSTON TX 77210

CAINE & WEINER ATTN: BANKRUPTCY 5805 SEPULVEDA BLVD 4TH FLOOR SHERMAN OAKS CA 91411

CAPITAL ONE ATTN: BANKRUPTCY PO BOX 30285 SALT LAKE CITY UT 84130

CHIME/STRIDE BANK ATTN: BANKRUPTCY PO BOX 417 SAN FRANCISCO CA 94104

CLARK COUNTY COLLECTION SERVICE 8860 WEST SUNSET ROAD SUITE 100 LAS VEGAS NV 89148

CONSUMER PORTFOLIO SERVICES PO BOX 57071 IRVINE CA 92619

CONTINENTAL FINANCE COMPANY ATTN: BANKRUPTCY 4550 NEW LINDEN HILL RD WILMINGTON DE 19808

DEPT. OF EMPLOYMENT, TRAINING & REHAB EMPLOYMENT SECURITY DIVISION 500 EAST THIRD STREET CArson City NV 89713

DOLLAR LOAN CENTER C/O COMPLIANCE 8860 W SUNSET ROAD LAS VEGAS NV 89148

GOLD ACCEPTANCE P.O. BOX 1889 ORANGE CA 92856

JEFFERSON CAPITAL SYSTEMS LLC PO BOX 772813 CHICAGO IL 60677-2813

JEFFERSON CAPITAL SYSTEMS, LLC ATTN: BANKRUPTCY 200 14TH AVE E SARTELL MN 56377

KATHLEEN A. LEAVITT 711 SOUTH 4TH ST SUITE # 101 LAS VEGAS NV 89101

KIKOFF ATTN: BANKRUPTCY 75 BROADWAY SUITE 226 SAN FRANCISCO CA 94111

KIKOFF LENDING LLC 75 BROADWAY SUITE 226 SAN FRANCISCO CA 94111

KOALAFI ATTN: BANKRUPTCY PO BOX 5518 GLEN ALLEN VA 23058

KOVO INC ATTN: BANKRUPTCY 9450 SW GEMINI DR, SUITE 87907 BEAVERTON OR 97008

MEDICARE PO BOX 138832 OKLAHOMA CITY OK 73113-8832

MIDLAND CREDIT MANAGEMENT INC PO BOX 2037 WARREN MI 48090

NATHANIEL JUSTICE II 1009 PAINTED DAISY AVE HENDERSON NV 89074

NATIONAL CREDIT ADJUSTERS, LLC Attn: Bankruptcy Department PO Box 3023 Hutchinson KS 67504

NEVADA DEPT. OF TAXATIONS, BANKRUPTCY 555 E WASHINGTON AVE, #1300 LAS VEGAS NV 89101

ONEUNITED BANK ATTN: BANKRUPTCY 3683 CRENSHAW BLVD LOS ANGELES CA 90016

OPPORTUNITY FINANCIAL LLC 130 E RANDOLPH STREET SUITE 3300 CHICAGO IL 60601

OPPORTUNITY FINANCIAL, LLC 130 EAST RANDOLPH STREET, STE 3400 SUITE 3400 CHICAGO IL 60601

PAYMENT PROCESSING CENTER PO BOX 660618 DALLAS TX 75266-0618

# <u>CERTIFICATE OF SERVICE</u> - EXHIBIT A - Mailing Matrix

PORTFOLIO RECOVERY ASSOCIATES LLC POB 12914 NORFOLK VA 23541

PREMIRE AUTO 4565 NEVSO DR LAS VEGAS NV 89103

PROG LEASING LLC 256 WEST DATA DRIVE DRAPER UT 84020

PROGRESSIVE LEASING 265 DATA DR. DRAPER UT 84020

QUANTUM3 GROUP LLC PO BOX 2489 KIRKLAND WA 98083-2489

RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587

SETH D BALLSTAEDT BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE 8751 W CHARLESTON BLVD SUITE 230 LAS VEGAS NV 89117

SOCIAL SECURITY ADMINISTRATION OFF. OF REGIONAL CHIEF COUNSEL-REGION IX 160 SPEAR STREET, SUITE 800 SAN FRANCISCO CA 94105-1545

STELLAR FINANCIAL ATTN: BANKRUPTCY 2601 N LAMAR BLVD AUSTIN TX 78705

SUNRISE CREDIT SERVICES, INC. ATTN: BANKRUPTCY 260 AIRPORT PLAZA FARMINGDALE NY 11735

TRANSWORLD SYSTEM INC ATTN: BANKRUPTCY PO BOX 15618 WILMINGTON DE 19850

TSI ATTN: BANKRUPTCY PO BOX 15130 WILMINGTON DE 19850

United States Bankruptcy Court 300 Las Vegas Blvd., South Las Vegas NV 89101

UNITED STATES TREASURY SPECIAL PROCEDURES P O BOX 7317 PHILADELPHIA PA 19101-7317

UNITED STATES TRUSTEE 300 LAS VEGAS BLVD. SOUTH #4300 LAS VEGAS NV 89101

US DEPARTMENT OF EDUCATION NATIONAL PAYMENT CENTER PO BOX 790336 SAINT LOUIS MO 63179-0336

USAA FEDERAL SAVINGS BANK ATTN: BANKRUPTCY 9800 FREDRICKSBURG RD SAN ANTONIO TX 78288

VELOCITY INVESTMENTS, LLC ATTN: BANKRUPTCY 1800 ROUTE 34N, SUITE 305 WALL NJ 07719

VERIZON BY AMERICAN INFOSOURCE AS AGENT PO BOX 4457 HOUSTON TX 77210-4457