**KATHLEEN A. LEAVITT**                                                    E-File
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**711 S 4th Street, Suite 101**
**Las Vegas, NV  89101**
**kal13mail@las13.com**
**Tel: (702) 853-0700**
**Fax: (702) 853-0713**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>NATHANIEL JUSTICE II<br>ANNA LAZETTE JUSTICE<br><br><br><br>                              Debtor(s). | **Chapter 13**<br>**Case No:-24-13237-ABL**<br><br>**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**<br><br>**MOTION TO DISMISS**<br>Hearing Date:  August 20, 2026<br>Hearing Time:  2:00 pm |

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

Statement of Facts

1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on June 27, 2024.

2.  Chapter 13 Plan #4 was confirmed by the Court on 12/11/2025 (hereinafter "Plan").

3.  Balance on hand with the Trustee at the time of filing this motion is $2,027.00.

Argument

The Trustee requests that this case be dismissed pursuant to 11 U.S.C. §1307 for one or more of the following reasons:

- Section 1307 (c)(1)  Unreasonable delay by the Debtor(s) that is prejudicial to creditors:

  ◦  Failure to make Plan payments.  Current delinquency is $15,341.90.

- Section 1307 (c)(6)  Material default by the debtor with respect to a term of a confirmed plan:

- ○ Failure to make plan payments

The last payment by the Debtor(s) was made on 05/05/2026 and the Debtor(s) is/are $15,341.90 in default under the terms of the Plan. Accordingly, Trustee requests an Order dismissing the case unless the Debtor(s) **EITHER:**

A.  cure(s) the default **AND** remain(s) current with all future payments coming due, **OR**

B.  file a Modified Plan and commence payments.

<u>Conclusion</u>

WHEREFORE, the Chapter 13 Trustee prays for an Order dismissing Debtor(s) case for the reasons as stated above.

DATE: 6/24/26      /s/ KATHLEEN A LEAVITT

      tls

Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE