**KATHLEEN A. LEAVITT**                                          E-File
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**711 S 4th Street, Suite 101**
**Las Vegas, NV  89101**
**kal13mail@las13.com**
**(702) 853-0700**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:** | **Case No:-24-13237-ABL** |
| | **Chapter 13** |
| **NATHANIEL JUSTICE II** | |
| **ANNA LAZETTE JUSTICE** | **NOTICE OF REMOTE HEARING ON** |
| | **MOTION TO DISMISS** |
| | Hearing Date: August 20, 2026 |
| | Hearing Time:  2:00 pm |
| Debtor(s). | |

Attorney for Debtor: BALLSTAEDT LAW FIRM LLC

**NOTICE IS GIVEN** that the **Motion to Dismiss** was filed on  6/24/2026 by Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee.  The Motion seeks the following relief:  Dismissal of Chapter 13 case.   Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

///

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing will be held on August 20, 2026 at  2:00 pm.  Parties are permitted to appear telephonically by dialing (833)435-1820 and entering meeting ID (if applicable): 161 418 4644 and entering access code to passcode 758337#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge.  Next click on the "calendar date" to view the hearing judge's dial-in

DATED: June 24, 2026                                    /s/ KATHLEEN A LEAVITT
tls                                                             Kathleen A. Leavitt
                                                                  CHAPTER 13 BANKRUPTCY

Kathleen A. Leavitt
Chapter 13 Trustee
711 S 4th Street, Suite 101
Las Vegas NV, 89101
(702) 853-0700

### UNITED STATE BANKRUPTCY COURT
### DISTRICT OF NEVADA

### CERTIFICATE OF SERVICE

IN RE:

NATHANIEL JUSTICE II
ANNA LAZETTE JUSTICE

Debtor (s)

CASE NO: 24-13237-ABL
Chapter 13

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy

Trustee; that I am over the age of 18 years; and that on June 24, 2026, I provided a copy of the

Motion to Dismiss and Notice of Remote Hearing on Motion to Dismiss to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

See EXHIBIT A for mailing matrix

**[X] b.ECF System:**

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

## <u>CERTIFICATE OF SERVICE</u> - EXHIBIT A - Mailing Matrix

NATHANIEL JUSTICE II 1009 PAINTED DAISY AVE HENDERSON NV 89074

BALLSTAEDT LAW FIRM LLC DBA FAIR FEE LEGAL SERVICES 8751 W CHARLESTON BLVD SUITE 230 LAS VEGAS NV 89117

AIS PORTFOLIO SERVICES LLC ATTN: ALLY BANK DEPARTMENT 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY OK 73118

AIS PORTFOLIO SERVICES LLC ATTN BRIDGECREST CREDIT COMPANY LLC AS AGENT AND SERVICER FOR CARVANA LLC DEPARTMENT 4515 N SANTA DE AVE DEPT APS OKLAHOMA CITY OK 73118