KATHLEEN A. LEAVITT                                    E-FILED 07/28/2026
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4Th Street, Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**NATHANIEL JUSTICE II**<br>**ANNA LAZETTE JUSTICE**<br><br>**Debtors**<br>**Attorney for Debtor:**<br>   **BALLSTAEDT LAW FIRM LLC** | **CASE NO: BKS-24-13237-ABL**<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION - AMENDED** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

THIS NOTICE AMENDS information which was not previously provided in the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION AND PROPOSED DISTRIBUTION.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that Conduit claims by Trustee will be paid pursuant to the confirmed Chapter 13 plan and, as such, the claim information will not be listed below.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution - Amended on or before August 27, 2026. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution - Amended. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter

NATHANIEL JUSTICE II AND ANNA LAZETTE JUSTICE

Page 2 of 3
BKS-24-13237-ABL

13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of the filed proof of claim, classificaton of claim, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **CONSUMER PORTFOLIO SERVICES** | **$8,253.26** | UNSECURED | 3952 |
| PO BOX 57071 | AT 0.00% INT | | |
| IRVINE, CA  92619 | | EXACTLY 100.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00073 / COURT CLAIM # 10-2** | | |

Dated: 7/28/26

/s/ Esther Carr

for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street, Suite 101
Las Vegas, NV  89101
(702) 853-0700

Page 3 of 3

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

IN RE:                                                    CASE NO: BKS-24-13237-ABL
**NATHANIEL JUSTICE II**
**ANNA LAZETTE JUSTICE**



                          **Debtors**

## CERTIFICATE OF SERVICE

1.  On the 28th day of July, 2026,  I served the following document(s):

    **CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS,**

    **CLASSIFICATION, AND PROPOSED DISTRIBUTION - AMENDED**

2.  I served the above- named document(s) by the following means to the persons as listed below:

    United States mail, postage fully prepaid

| | | |
|---|---|---|
| NATHANIEL JUSTICE II | BALLSTAEDT LAW FIRM LLC | CONSUMER PORTFOLIO SERVICES |
| ANNA LAZETTE JUSTICE | DBA FAIR FEE LEGAL SERVICES | PO BOX 57071 |
| 1009 PAINTED DAISY AVE | 8751 W CHARLESTON BLVD | IRVINE, CA  92619 |
| HENDERSON, NV  89074 | SUITE 230 | |
| | LAS VEGAS, NV  89117 | |

/s/ Esther Carr
_____

Employee for
Kathleen A. Leavitt
Chapter 13 Standing Trustee