# United States Bankruptcy Court
## District of Nevada

In re    **NATHANIEL JUSTICE, II**
       **ANNA LAZETTE JUSTICE**

                      Debtor(s)

Case No.    **24-13237**

Chapter    **13**

## Notice of Change of Address

Debtor's Social Security Number:      **xxx-xx-8886**

Joint Debtor's Social Security Number:   **xxx-xx-0681**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:               **NATHANIEL JUSTICE, II and ANNA LAZETTE JUSTICE**

Street:              **1009 Painted Daisy Ave**

City, State and Zip:     **Henderson, NV 89074**

Telephone #:

**Please be advised that effective immediately,
my (our) new mailing address and telephone number is:**

Name:               **NATHANIEL JUSTICE, II and ANNA LAZETTE JUSTICE**

Street:              **9060 Wind Warrior Ave**

City, State and Zip:     **Las Vegas, NV 89143**

Telephone #:

**/s/ NATHANIEL JUSTICE, II**
**NATHANIEL JUSTICE, II**
Debtor

**/s/ ANNA LAZETTE JUSTICE**
**ANNA LAZETTE JUSTICE**
Joint Debtor