United States Bankruptcy Court
District of Nevada

In re:
NATHANIEL JUSTICE, II
ANNA LAZETTE JUSTICE
Debtors

Case No. 24-13237-abl
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: trc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12332822 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 30 2026 02:37:00 | Consumer Portfolio Services, Inc., Acct No xxxxxxx3952, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KATHLEEN A. LEAVITT | courtsecf3@las13.com |
| SETH D BALLSTAEDT | on behalf of Debtor NATHANIEL JUSTICE II help@bkvegas.com, ballstaedtecf@gmail.com;Brooke@bkvegas.com;2667980420@filings.docketbird.com |
| SETH D BALLSTAEDT | on behalf of Joint Debtor ANNA LAZETTE JUSTICE help@bkvegas.com ballstaedtecf@gmail.com;Brooke@bkvegas.com;2667980420@filings.docketbird.com |

TOTAL: 3

**2100 B (12/15)**

# United States Bankruptcy Court

District of Nevada
Case No. 24-13237-abl
Chapter 13

In re: Debtor(s) (including Name and Address)

NATHANIEL JUSTICE, II
9060 WIND WARRIOR AVE
LAS VEGAS NV 89143

ANNA LAZETTE JUSTICE
9060 WIND WARRIOR AVE
LAS VEGAS NV 89143

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/25/2026.

Name and Address of Alleged Transferor(s):

Claim No. 10: Consumer Portfolio Services, Inc., Acct No xxxxxxx3952, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619

Name and Address of Transferee:

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/01/26

Dan Owens
**CLERK OF THE COURT**